LAW OFFICE OF MAI SHAWWA
Mai Shawwa, SBN 236683
1226 L. Street
Bakersfield, CA 93301
Tel: (661) 348-4483
Email: mai@shawwalaw.com

Attorney for:
Andrew Lomeli

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW LOMELI,<br><br>Defendants. | Case No. 1:20-cr-00167-DAD-BAM-1<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>Date: July 29, 2024<br>Time: 8:30 A.M.<br>**Courtroom: 5** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND STEPHANIE STOKMAN, ASSISTANT UNITED STATES ATTORNEY AND J.C. HILL, UNITED STATES PROBATION OFFICER:

**COMES NOW** Defendant, ANDREW LOMELI, by and through his attorney of record, MAI SHAWWA, hereby requesting that the sentencing hearing currently set for Monday, July 17, 2024, be continued to Monday, July 29, 2024.

Defense Counsel, Mai Shawwa, was available on original sentencing date of July 15, 2024 but is not available to the continued sentencing date of July 17, 2024 due to training in Atlanta, GA. Mai Shawwa will be unavailable until July 29, 2024.  Defense Counsel has discussed the request to vacate and continue the hearing with Ms. Stockman and Mr. Hill and there is no objection to Defense Counsel's request.

1

**IT IS SO STIPULATED.**

DATED: July 10, 2024

Respectfully Submitted,
*/s/ Mai Shawwa*
MAI SHAWWA
Attorney for Defendant
Andrew Lomeli

DATED: July 10, 2024

*/s/Stephanie Stockman*
STEPHANIE STOCKMAN
Assistant United States Attorney

DATED: July 10, 2024

*/s/JC Hill*
J.C. HILL
United States Probation Officer

# ORDER

GOOD CAUSE APPEARING, IT IS SO ORERED that the sentencing hearing currently set for July 17, 2024, continued to **July 29, 2024 at 8:30 am in Courtroom 5 before the District Court Judge.**

IT IS SO ORDERED.

Dated: **July 11, 2024**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2