IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ANDREW ANTHONY LOMELI, <br> Defendant. | Case No.: 1:20-CR-00167-DAD-BAM <br> ORDER OF RELEASE |

The above-named defendant having been sentenced on July 29, 2024, to

TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released forthwith <u>on this matter only</u>.

The Judgment and Commitment order to follow.

**IT IS SO ORDERED.**

Date: 7/29/24

Honorable Troy L. Nunley
District Court Judge